No. 20, Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. January 16, 1922. Order entered making allowance to commissioner appointed to take and return testimony in this cause for his services and his expenses.

---

No. 144. FRANK H. SCHURMANN *v.* UNITED STATES. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Motion to dismiss submitted January 3, 1922. Decided January 16, 1922. *Per Curiam.* Proof of proper notice for motion having now been produced, the motion to dismiss is granted and the appeal is dismissed upon the authority of *Lau Ow Bew* v. *United States,* 144 U. S. 47, 58; *Horn* v. *Mitchell,* 243 U. S. 247, 249. *Mr. Harvey M. Friend* for appellant. *Mr. Solicitor General Beck* for the United States.

---

No. 85. KANSAS CITY MOTION PICTURE MACHINE OPERATORS, ETC., ET AL. *v.* JOHN E. HUGHES ET AL., ETC. Error to the Supreme Court of the State of Missouri. Argued January 13, 1922. Decided January 16, 1922. *Per Curiam.* Dismissed for the want of jurisdiction. Section 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. William J. Hughes, Mr. Frank P. Walsh* and *Mr. Joseph W. Folk,* for plaintiffs in error, submitted. *Mr. Charles M. Miller,* with whom *Mr. J. W. Dana* was on the brief, for defendants in error.